AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:19-mj-538-GWF |
| | ) | |
| PAUL DENZIL WILLIAMS | ) | Charging District:   District of Arizona |
| *Defendant* | ) | Charging District's Case No.   CR19-1092-TUC-RM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court – Tucson<br>405 West Congress Street<br>Tucson, AZ 85701-5063 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time:  July 26, 2019 at 11:00a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   July 19, 2019

_____
*Judge's signature*

GEORGE FOLEY, JR., United States Magistrate Judge
*Printed name and title*



_____ FILED       _____ RECEIVED
_____ ENTERED     _____ SERVED ON
       COUNSEL/PARTIES OF RECORD

JUL 1 9 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY